IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RAOUL BOZO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:24-cv-04101-MDH |
| ) | |
| BOARD OF CURATORS OF THE ) | |
| UNIVERSITY OF MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal (Doc. 17) wherein the parties stipulate to the dismissal of this action with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with each party to bear its own court costs and attorneys' fees.

WHEREFORE, after review, the Court **ORDERS** that this matter is dismissed in its entirety, with prejudice, and with each party to bear its own court costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: February 11, 2025

                                          */s/ Douglas Harpool*
                                          **DOUGLAS HARPOOL**
                                          **UNITED STATES DISTRICT JUDGE**